RANDALL N. HARAKAL, #2844
700 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: 531-9711
Fax:   537-9430
E-mail: randall@shigemura.com

Attorney for Defendants
DEFENDANTS HOCHMAN HAWAII PUBLISHING, INC
H. HAWAII MEDIA
HHAWAII MEDIA
GEORGE HOCKMAN

## IN THE STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR, | ) CIVIL NO. 20-00128 JAO-KJM |
| | ) (Copyright Infringement) |
| Plaintiff, | ) |
| | ) DEFENDANTS HOCHMAN |
| vs. | ) HAWAII PUBLISHING, INC., a |
| | ) Hawaii Corporation, dba H. HAWAII |
| HOCHMAN HAWAII PUBLISHING, | ) MEDIA and/or HHAWAII MEDIA; |
| INC., a Hawaii Corporation, dba H. | ) GEORGE HOCKMAN, an individual, |
| HAWAII MEDIA and/or HHAWAII | ) ANSWER TO COMPLAINT FILED |
| MEDIA; GEORGE HOCKMAN, an | ) ON MARCH 19, 2020; |
| individual; JOHN DOES 1-10; JANE | ) CERTIFICATE OF SERVICE |
| DOES 1-10; DOE CORPORATIONS | ) |
| 1-10; DOE PARTNERSHIPS 1-10; | ) |
| and DOE ASSOCAITIONS 1-10, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

DEFENDANTS HOCHMAN HAWAII PUBLISHING, INC.,
a Hawaii Corporation, dba H. HAWAII MEDIA and/or

HHAWAII MEDIA; GEORGE HOCKMAN, an individual
ANSWER TO COMPLAINT FILED ON MARCH 19, 2020

DEFENDANTS HOCHMAN HAWAII PUBLISHING, INC.,

a Hawaii Corporation, dba H. HAWAII MEDIA and/or HHAWAII MEDIA;

GEORGE HOCKMAN, an individual, hereinafter referred to as "Defendants", by

and through their attorney Randall N. Harakal, and for an Answer to the Complaint

filed by Plaintiff VINCENT KHOURY TYLOR (hereinafter referred to as "Tylor

or Plaintiff") on March 19, 2020, states as follows:

## FIRST DEFENSE

1.      The Complaint fails to state a claim or cause of action against

Defendants upon which relief can be granted.

## SECOND DEFENSE

2.      Defendants admit the allegations contained in Paragraphs 2, 3, 6, 7

and 8 of the Complaint but denies that Plaintiff has the requisite standing or right

to make any claims against Defendants.

3.      Defendants are without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraphs 1, 4, 5, 10, 11, 12,

13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37,

38, 3, 43, 44, 45, 46, and 47 of the Complaint and therefore denies same.

4.      With respect to Paragraph 9 of the Complaint Defendants are without

knowledge or information sufficient to form a belief as to the truth of the

allegations as to KQMY MY100.7 radio station at http://my1007.com.

5.     With respect to Paragraphs 29 and 40 of the Complaint Defendants reallege all the afore stated responses and incorporate them herein as if affirmatively stated.

6.     Defendants deny each and every other allegation of the Complaint not specifically addressed herein.

## THIRD DEFENSE

7.     Plaintiff's claims are barred by the applicable statute of limitations and statute of frauds.

## FOURTH DEFENSE

8.     Plaintiff's injuries and/or damages alleged in the Complaint, if any, were proximately caused and contributed to by his own misconduct, misrepresentations, negligence and carelessness and therefore Plaintiff cannot recover for said injuries and/or damages.

## FIFTH DEFENSE

9.     Plaintiff failed to exercise due care to avoid the injuries and/or damages alleged in the Complaint, if any, and voluntarily and knowingly assumed the risk which proximately caused his injuries and/or damages.

## SIXTH DEFENSE

10.     Plaintiff's claims are barred by the equitable doctrines of estoppel,

and/or unclean hands.

## SEVENTH DEFENSE

11.     Plaintiff's claims against Defendants are barred by his own failure,

inaction and the wrongful naming of the wrong parties.

## EIGHTH DEFENSE

12.     Plaintiff has violated Rule 17, FRCP by failing to name parties

indispensable to the resolution of his own claims.

## NINTH DEFENSE

13.   Defendants allege they did not make any financial gain from the

alleged use of alleged copyright material.

## TENTH DEFENSE

14.     Defendants allege that Plaintiff did not possess a valid copyright on

the photographs in question.

## ELEVENTH DEFENSE

15.   Defendants allege that former promoters and or employees improperly

appropriated and posted the alleged copyrighted material without the permission or

knowledge of the Defendants.

## TWELFTH DEFENSE

16.     Defendants intends to rely upon any matter constituting an avoidance

or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil

Procedure and intends to seek leave to amend their Answer filed herein to allege any such matters of which Defendants may become aware during the course of discovery or trial of this action.

WHEREFORE, Defendants HOCHMAN HAWAII PUBLISHING, INC., a Hawaii Corporation, dba H. HAWAII MEDIA and/or HHAWAII MEDIA, and GEORGE HOCKMAN, an individual pray as follows:

A.     That the Complaint be dismissed and that Defendants be awarded their costs, expenses and reasonable attorneys' fees;

B.     Further relief as this Court deems just and appropriate in the premises.

DATED:   Honolulu, Hawaii, April 14, 2020.

/s/Randall N. Harakal
RANDALL N. HARAKAL
Attorney for Defendants
HOCHMAN HAWAII PUBLISHING,
INC., a Hawaii Corporation, dba H.
HAWAII MEDIA and/or HHAWAII
MEDIA; GEORGE HOCKMAN, an
individual

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document, upon filing, will be duly

served upon the following person(s) at his/her last known address by electronic

delivery by the Clerk of the United States District Court, District of Hawaii at their

last reported email address.

Email: jsstreet@ip-law-hawaii.com
J. STEPHEN STREET
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821

Email: dane@andersonlawhawaii.com
DANE ANDERSON
Attorney At Law, LLC
P.O. Box #10630
Honolulu, Hawaii 96816-0630

Attorneys for Plaintiff
VINCENT KKHOURY TYLOR

DATED:   Honolulu, Hawaii, April 14, 2020.


/s/Randall N. Harakal
RANDALL N. HARAKAL
Attorney for Defendants
HOCHMAN HAWAII PUBLISHING,
INC., a Hawaii Corporation, dba H.
HAWAII MEDIA and/or HHAWAII
MEDIA; GEORGE HOCKMAN,