J. STEPHEN STREET   1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:   (808) 754-1647
Facsimile No.:   (888) 334-6499
E-mail:   jsstreet@ip-law-hawaii.com

DANE ANDERSON   9349-0
Attorney At Law, LLLC
P.O. Box #10630
Honolulu, Hawaii  96816-0630
Telephone No.:   (808) 285-4760
E-mail:   dane@andersonlawhawaii.com

Attorneys for Plaintiff
VINCENT KHOURY TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>HOCHMAN HAWAII PUBLISHING, INC., a Hawaii Corporation, dba H. HAWAII MEDIA and/or HHAWAII MEDIA; GEORGE HOCHMAN, an individual; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | CIVIL NO. 20-00128 JAO-KJM<br>(Copyright Infringement)<br><br>JOINT REPORT OF PARTIES' PLANNING MEETING; CERTIFICATE OF SERVICE |

## JOINT REPORT OF PARTIES' PLANNING MEETING

COMES NOW, Plaintiff VINCENT KHOURY TYLOR ("Plaintiff") and Defendants HOCHMAN HAWAII PUBLISHING, INC., a Hawaii Corporation, dba H. HAWAII MEDIA and/or HHAWAII MEDIA, and GEORGE HOCHMAN, an individual (collectively "Defendants"), by and through their respective counsel, having held their planning meeting, hereby submit their Joint Report of Parties' Planning Meeting, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1.

### I.   MEETING

Counsel for Plaintiff and Defendants conferred by telephone on April 22, 2020 and then conferred on June 1, 2020 to complete the meeting; J. Stephen Street and Dane Anderson attended on behalf of Plaintiff, and Randall Harakal attended on behalf of Defendants.

### II.   DISCOVERY PLAN

Pursuant to Rule 26(f)(3), the parties' views and proposal on a discovery plan were discussed:

a.   <u>Initial Disclosures, Rule 26(f)(3)(A).</u> The parties agreed to the exchange of information required by Rule 26(a)(1) no later than July 22, 2020.

b.   <u>Scope and Timing of Discovery, Rule 26(f)(3)(B).</u> The parties discussed the expected subject matters of discovery. The parties intend to conduct

customary discovery on claims and defenses, and will attempt to resolve any discovery disputes among themselves before bringing them before the Court. The parties agreed that the Court should set discovery deadlines pursuant to the Court's normal practice.

    c.    <u>Electronic Discovery, Rule 26(f)(3)(C).</u> The parties discussed and agreed to preserve electronic evidence in anticipation of electronic discovery as this case relates to photographic works used on commercial web pages, downloaded from source website(s), and other electronically stored digital information. At this time, the parties do not anticipate any issues regarding electronic discovery, however, should issues arise, the parties will work cooperatively to resolve any electronic discovery issues before bringing them before the Court.

    d.    <u>Privilege, Rule 26(f)(3)(D).</u> The parties do not anticipate any unusual issues concerning claims of privilege or work product at this time.

    e.    <u>Limitations on Discovery, Rule 26(f)(3)(E).</u> At this time, the parties do not anticipate any need for changes in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules of the Court.

    f.    <u>Other Orders, Rule 26(f)(3)(F).</u> Any protective orders under Rule 26(c), scheduling orders under Rule 16(b), and pre-trial orders under Rule 16(c) governing the time to complete discovery, amend pleadings, and file motions

should be set by the Court at the Rule 16 Scheduling Conference pursuant to the Court's normal practices and current schedule.

## III. OTHER MATTERS

The parties have engaged in some settlement discussions, but Defendants are still waiting on a response from the insurer as to whether there is coverage for the claims. The parties have discussed alternative dispute resolution options, including, without limitation, the option of participation in the Court's mediation program. The parties are prepared to consider this matter further and discuss options at the Scheduling Conference.

DATED: Honolulu, Hawaii, June 13, 2020.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR

DATED: Honolulu, Hawaii, 06-12, 2020.

RANDALL N. HARAKAL
Attorney for Defendants
HOCHMAN HAWAII PUBLISHING, INC.
and GEORGE HOCHMAN

JOINT REPORT OF PARTIES' PLANNING MEETING;
*TYLOR v. HOCHMAN HAWAII PUBLISHING, INC., et al.*;
CV20-00128 JAO-KJM